IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-921-MOC-DCK

| ESMERALDA BECERRA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BANK OF AMERICA CORPORATION et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) filed by Local Counsel Zachary L. McCamey on October 29, 2024.

Applicant Jeremy Blumenfeld seeks to appear as counsel *pro hac vice* for Defendants Bank of America Corporation and Bank of America Corporation Corporate Benefits Committee. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) is **GRANTED**. Jeremy Blumenfeld is hereby admitted *pro hac vice* to represent Defendants Bank of America Corporation and Bank of America Corporation Corporate Benefits Committee.

**SO ORDERED**.

Signed: October 29, 2024

David C. Keesler
United States Magistrate Judge