IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ESMERALDA BECERRA, individually and as representatives of a class of participants and beneficiaries and on behalf of the Bank of America 401K Plan,<br><br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00921<br><br>Judge Max O. Cogburn, Jr.<br><br>Magistrate Judge David Keesler |

**JOINT MOTION TO SET A BRIEFING SCHEDULE FOR
DEFENDANTS' ANTICIPATED MOTION TO DISMISS**

Plaintiff Esmeralda Becerra ("Plaintiff") and Defendants Bank of America Corporation and its Corporate Benefits Committee ("Defendants"), by and through their attorneys, respectfully move this Court to set a proposed briefing schedule on Defendants' anticipated motion to dismiss Plaintiff's Complaint (ECF No. 1). In support of this joint motion, the Parties state as follows:

1. On August 9, 2024, Plaintiff filed a Class Action Complaint in the United States District Court for the Central District of California. ECF No. 1. The Complaint asserts four claims arising under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001-1461, each relating to the allocation of certain assets in the Bank of America 401(k) Plan ("Plan").

2. On October 11, 2024, after various discussions among their counsel, the Parties filed a stipulation to transfer venue to the Western District of North Carolina, pursuant to a forum-selection clause in the operative Plan document. *See* ECF No. 16.

3. On October 17, 2024, the Central District of California entered the Parties' stipulation and transferred this case to the Western District of North Carolina. ECF Nos. 17-18.

4. In doing so, the Central District of California also vacated all existing deadlines in that court, including Defendants' deadline to respond to the Complaint. ECF No. 17, ¶ 4. Before the Central District of California ordered this transfer, the Parties had agreed to seek a stipulated 30-day clerk's extension of Defendants' deadline to respond to the Complaint, pursuant to C.D. Cal. Local Rule 8-3. This would have set Defendants' deadline as November 20, 2024. However, the Parties did not file this stipulated extension in light of the order transferring venue to this Court.

5. On October 18, 2024, this Court entered an order setting Defendants' deadline to answer or otherwise respond to the Complaint for November 1, 2024.

6. Defendants respectfully require additional time to respond to the Complaint, which asserts several distinct claims under ERISA. Specifically, Defendants anticipate filing a motion to dismiss the Complaint and—particularly considering the recent change of venue—ask for a modest extension of the November 1, 2024 deadline to allow them sufficient time to prepare their motion under Fourth Circuit law. Defendants propose a deadline of November 20, 2024, which as noted would have been their deadline in the Central District of California had that court not transferred the case before the Parties submitted the aforementioned stipulation to set that deadline.

7. Defendants conferred with Plaintiff's counsel, who does not oppose this request.

8. Moreover, through this conferral, the Parties have agreed to propose a full briefing schedule on Defendants' anticipated motion to dismiss to the Court. Plaintiff anticipates needing more than the default 14-day period under Local Rule 7.1(e) to prepare his opposition. Should the Court establish Defendants' deadline to file a motion to dismiss on November 20, 2024, Plaintiff respectfully requests an opposition deadline of January 2, 2025. This proposed deadline accounts

for various professional and personal conflicts during this time, as well as the fact that this briefing period would encompass both the Thanksgiving and year-end holidays.

9. Defendants propose a reply deadline of 21 days from Plaintiff's opposition. If this deadline is January 2, 2025, then Defendants' reply would be due on January 23, 2025.

10. This motion is timely, as it is filed before the current deadline for Defendants to answer or otherwise respond to the Complaint.

11. This motion is filed for good cause and not for delay or any other improper purpose.

12. As noted, and pursuant to Local Rule 7.1(b), the Parties' counsel conferred in good faith regarding the relief sought in this motion and submit it as a joint filing.

WHEREFORE, the Parties ask the Court to enter the following briefing schedule on Defendants' anticipated motion to dismiss the Complaint:

- Defendants' Motion to Dismiss:    November 20, 2024
- Plaintiff's Opposition:    January 2, 2025
- Defendants' Reply:    January 23, 2025

Date: October 29, 2024

/s/ *Vahan Mikayelyan*

**ESSEX RICHARDS, PA**
Norris Arden Adams, II (NC Bar No. 32552)
Charlotte, NC 28203
Tel.: (704) 377-4300
Fax: (704) 372-1357
Email: nadams@essexrichards.com

**HAFFNER LAW PC**
Joshua H. Haffner*
jhh@haffnerlawyers.com
Alfredo Torrijos*
at@haffnerlawyers.com
Vahan Mikayelyan*
vh@haffnerlawyers.com

Respectfully submitted,

/s/ *Matthew A. Russell*

**MCGUIREWOODS LLP**
Robert A. Muckenfuss (NC Bar No. 28218)
Zachary L. McCamey (NC Bar No. 53540)
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Tel.: (704) 343-2000
Fax: (704) 343-2300
Email: rmuckenfuss@mcguirewoods.com
Email: zmccamey@mcguirewoods.com

**MORGAN, LEWIS & BOCKIUS LLP**
Jeremy P. Blumenfeld*
Mary Ann F. McNulty*
2222 Market Street
Philadelphia, PA 19103

3

15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
T: (213) 514-5681
F: (213) 514-5682

*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

Tel.: (215) 963-5000
Fax: (215) 963-5001
Email: jeremy.blumenfeld@morganlewis.com
Email: mary.mcnulty@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Matthew A. Russell*
110 North Wacker Drive
Chicago, IL 60606
Tel.: (312) 324-1000
Fax: (312) 324-1001
Email: matthew.russell@morganlewis.com

*Admitted Pro Hac Vice*
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, a true and correct copy of the foregoing was served via electronic mail on the following counsel for Plaintiffs:

<em>/s/ Matthew A. Russell</em><br>
Matthew A. Russell