IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-921-MOC-DCK

| ESMERALDA BECERRA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BANK OF AMERICA CORPORATION et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Set A Briefing Schedule For Defendants' Anticipated Motion To Dismiss" (Document No. 32) filed October 29, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Set A Briefing Schedule For Defendants' Anticipated Motion To Dismiss" (Document No. 32) is **GRANTED**.

The case deadlines are revised as follows: Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint (Document No. 1), on or before **November 20, 2024**; Plaintiff shall file a response to Defendants' anticipated Motion To Dismiss on or before **January 2, 2025**; and Defendants shall file a reply in support of their anticipated Motion To Dismiss on or before **January 23, 2025**.

**SO ORDERED**.

Signed: October 29, 2024

David C. Keesler
United States Magistrate Judge