IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-921-MOC-DCK

| ESMERALDA BECERRA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BANK OF AMERICA CORPORATION et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) filed by Local Counsel Norris A. Adams, II, on December 12, 2024.

Applicant Alfredo Torrijos seeks to appear as counsel *pro hac vice* for Plaintiff. (Document No. 37) Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) is **GRANTED**. Alfredo Torrijos is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 12, 2024

David C. Keesler
United States Magistrate Judge